AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PATRICIA BARNES,

    Plaintiff,

V.

NATIONAL COUNCIL OF JUVENILE
& FAMILY COURT JUDGES,
FUND, INC., a Nevada non-profit
corporation,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00528-ECR-RAM**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#25) is **GRANTED** on Plaintiff's first cause of action for age discrimination and retaliation. There are no remaining claims.

   February 23, 2012                                      **LANCE S. WILSON**
                                                                             Clerk

                                                                           /s/ D. R. Morgan
                                                                        Deputy Clerk